# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-20-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| RODNEY JOE RUNNING CRANE, | |
| Defendant. | |

Upon consideration of Defendant Rodney Joe Running Crane's Motion to indefinitely delay the conclusion of his Detention Hearing, there being no objection from the Government; IT IS HEREBY ORDERED that the the continuation of the Detention Hearing set for March 30, 2017, at 10:00 a.m. is VACATED;

IT IS FURTHER ORDERED that the Defendant will notify the Court if/when an acceptable location for Home Incarceration as outlined in the proposed release plan has been identified.

DATED this 28th day of March, 2017.

John Johnston
United States Magistrate Judge

1