# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-20-GF-BMM-JTJ |
| Plaintiff, | **ORDER** |
| vs. | |
| RODNEY JOE RUNNING CRANE, | |
| Defendant. | |

The Court conducted a revocation hearing in this matter on March 28, 2019. Defendant Rodney Running Crane (Running Crane) admitted that he had violated the conditions of his supervised release by using marijuana, and by failing to answer truthfully the questions asked by his probation officer.

The Court set the sentencing portion of the revocation hearing for 2:00 p.m. on July 16, 2019. The Court informed the parties that it intended to release Running Crane pending the hearing on July 16th. The Court further stated that Running Crane would be subject to the release conditions imposed previously.

The government urged the Court to impose one additional release condition. The government stated that Running Crane should be prohibited from having any contact with Desaray Whitegrass while on release status. Running Crane did not

oppose the government's request.

Accordingly, IT IS HEREBY ORDERED:

1. Running Crane shall be released pending the revocation hearing on July 16, 2019.

2. Running Crane must comply with the release conditions imposed in the Judgment issued on April 25, 2018. (Doc. 53).

3. Running Crane must also comply with the following additional release condition:

> Running Crane shall have no contact with Desaray Whitegrass while on release status.

DATED this 29th day of March, 2019.

John Johnston
United States Magistrate Judge

2